■ Edison Ronquillo, Guardian of the Person and Estate of Edison Ronquillo, Appellant, v American Express Company et al., Respondents. [979 NYS2d 797]—

Concur—Friedman, J.P., Acosta, Moskowitz, Manzanet-Daniels and Clark, JJ.